Colin D. Dailey (SBN 293942)
colin.dailey@bclplaw.com
Jasdeep S. Atwal (SBN 318309)
Jasdeep.atwal@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2128
Facsimile: (310) 576-2200

Daniel A. Crowe (*pro hac vice*)
dan.crowe@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2619

Attorneys for Plaintiff Puff Corp.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Puff Corp., a Delaware corporation,<br>Plaintiff,<br>vs.<br>SHO Products, LLC, a New York limited liability company; and MasterMinded, Inc., a California Corporation,<br>Defendants. | Case No. 2:22-cv-02008-GW-KS<br>**PUFF CORP.'S NOTICE OF LODGING FINAL PRETRIAL CONFERENCE ORDER** |
| SHO Products, LLC, a New York limited liability company; and MasterMinded, Inc., a California Corporation,<br>Counterclaimants,<br>vs.<br>Puff Corp., a Delaware corporation,<br>Counterdefendant. | Action Filed: March 29, 2022<br>Final Pretrial Conference: June 6, 2024<br>Trial Date: June 18, 2024 |

Plaintiff Puff Corporation ("Puffco") hereby gives notice of lodging the final pretrial conference order pursuant to Local Rule 16-7.1.

Dated: May 24, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: *\/s/ Colin D. Dailey*
Colin D. Dailey

Attorneys for Plaintiff Puff Corp.